188 So. 393

### ANDERSON v. STATE.

#### 6 Div. 461.

Supreme Court of Alabama.

April 27, 1939.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BOULDIN, Justice.

Ray Anderson was indicted, tried and convicted in the Circuit Court of Tenth Judicial Circuit for the offense of rape, and his punishment fixed at death.

The appeal is upon the record, without bill of exceptions. No error appearing in the record, the judgment is affirmed.

Affirmed.

All the Justices concur.